| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| SOUTHERN DISTRICT OF FLORIDA | |
| Case number *(if known)* _____ Chapter   7 | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | **Debtor's name** | Big Ben 33166, LLC, a New Mexico Limited Liability Company |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 87-0902246 |

| 4. | **Debtor's address** | **Principal place of business**<br><br>4636 NW 74th Avenue<br>Unit 1<br>Miami, FL 33166<br>Number, Street, City, State & ZIP Code<br><br>Miami-Dade<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>4636 NW 74th Avenue, Unit 1 Miami, FL 33166<br>Number, Street, City, State & ZIP Code |
|---|---|---|---|

| 5. | **Debtor's website** (URL) | |
|---|---|---|

| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
|---|---|---|

Debtor  Big Ben 33166, LLC, a New Mexico Limited Liability Company        Case number (*if known*) _____
　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

　　6719

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor    Big Ben 33166, LLC, a New Mexico Limited Liability Company           Case number (*if known*)
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | | Relationship |
| District | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
   Contact name _____
   Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
■ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor   Big Ben 33166, LLC, a New Mexico Limited Liability Company           Case number (*if known*)
         Name

☐ $50,001 - $100,000            ☐ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor   Big Ben 33166, LLC, a New Mexico Limited Liability Company            Case number (*if known*)
     Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   June 1, 2021
                  MM / DD / YYYY

**X** /s/ Nataliia Savchenko                     Nataliia Savchenko
    Signature of authorized representative of debtor       Printed name

Title   Agent

**18. Signature of attorney**

**X** /s/ Sherri B. Simpson, Esq.             Date   June 1, 2021
    Signature of attorney for debtor                                  MM / DD / YYYY

Sherri B. Simpson, Esq. 0869491
Printed name

Sherri B. Simpson, Esq.
Firm name

1126 S. Federal Highway
#326
Fort Lauderdale, FL 33316
Number, Street, City, State & ZIP Code

Contact phone   (954) 524-4141     Email address   sbsimpson@simpson-law-group.com

0869491 FL
Bar number and State

## United States Bankruptcy Court
### Southern District of Florida

In re    Big Ben 33166, LLC, a New Mexico Limited Liability Company          Case No.
                                              Debtor(s)                     Chapter    7

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Nataliia Savchenko, declare under penalty of perjury that I am the Agent of Big Ben 33166, LLC, a New Mexico Limited Liability Company, and that the following is a true and correct copy of the resolutions adopted by Consent Resolution on the 27th day of May, 20 21.

"Whereas, it is in the best interest of this company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Nataliia Savchenko, Agent of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the company; and

Be It Further Resolved, that Nataliia Savchenko, Agent of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Nataliia Savchenko, Agent of this Company is authorized and directed to employ Sherri B. Simpson, Esq. 0869491, attorney and the law firm of Simpson Law Group to represent the company in such bankruptcy case."

Date    May 27, 2021                                Signed  /s/ [signature]
                                                            Nataliia Savchenko

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Big Ben 33166, LLC, a New Mexico Limited Liability Company |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals         12/15

### Part 1:   Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................   $         89,579.25

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................................   $              0.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................................   $         89,579.25

### Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................   $      3,773,637.09

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $              0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................   +$              0.00

4. **Total liabilities** ........................................................................................................................
Lines 2 + 3a + 3b                                                                                                          $      3,773,637.09

**Fill in this information to identify the case:**

Debtor name    Big Ben 33166, LLC, a New Mexico Limited Liability Company

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☒ No. Go to Part 2.
   ☐ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**          **Current value of debtor's interest**

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☒ No. Go to Part 4.
    ☐ Yes Fill in the information below.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.
    ☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☒ No. Go to Part 6.
    ☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☒ No. Go to Part 7.

| Debtor | Big Ben 33166, LLC, a New Mexico Limited Liability Company | Case number *(If known)* |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. Five percent (5%) interest in ownership of real estate located at 4636 NW 74 Ave., Unit 1, Miami, FL 33166 Purchased at Condominium Association foreclosure sale on Unit 1, Building 1, of BIG BEN COMMERCE CENTER, a condominium, according to the Declaration of Condominium recorded in OR Book 19561, Page 4562, and all subsequent amendments thereto, together with its undivided share in the common elements, in the Public Records of Miami-Dade County, Florida | Tenant in Common | | Unknown | $89,579.25 |

| Debtor | Big Ben 33166, LLC, a New Mexico Limited Liability Company | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

56. **Total of Part 9.**   $89,579.25

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No. Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No. Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor   Big Ben 33166, LLC, a New Mexico Limited Liability Company  
Name

Case number *(If known)*

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................>* | | $89,579.25 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $89,579.25 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $89,579.25 |

**Fill in this information to identify the case:**

Debtor name: Big Ben 33166, LLC, a New Mexico Limited Liability Company

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:  List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** First Citizens Bank<br>*Creditor's Name*<br><br>239 Fayetteville St<br>Raleigh, NC 27601<br>*Creditor's mailing address*<br><br>*Creditor's email address, if known*<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>1. First Citizens Bank<br>2. First Citizens Bank<br>3. First Citizens Bank | **Describe debtor's property that is subject to a lien**<br>Five percent (5%) interest in ownership of real estate located at 4636 NW 74 Ave., Unit 1, Miami, FL 33166<br>Purchased at Condominium Association foreclosure sale on<br>Unit 1, Building 1, of BIG BEN COMMERCE CENTER, a condominium, according<br><br>**Describe the lien**<br>first mortgage<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $998,444.25 | $1,791,585.00 |
| **2.2** First Citizens Bank<br>*Creditor's Name*<br><br>239 Fayetteville St<br>Raleigh, NC 27601<br>*Creditor's mailing address* | **Describe debtor's property that is subject to a lien**<br>Five percent (5%) interest in ownership of real estate located at 4636 NW 74 Ave., Unit 1, Miami, FL 33166<br>Purchased at Condominium Association foreclosure sale on<br>Unit 1, Building 1, of BIG BEN COMMERCE CENTER, a condominium, according<br><br>**Describe the lien**<br>2nd mtg | $1,398,738.93 | $1,791,585.00 |

| Debtor | Big Ben 33166, LLC, a New Mexico Limited Liability Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | First Citizens Bank | Describe debtor's property that is subject to a lien | $1,376,453.91 | $1,791,585.00 |
|---|---|---|---|---|

Creditor's Name

Five percent (5%) interest in ownership of real estate located at 4636 NW 74 Ave., Unit 1, Miami, FL 33166
Purchased at Condominium Association foreclosure sale on
Unit 1, Building 1, of BIG BEN COMMERCE CENTER, a condominium, according

239 Fayetteville St
Raleigh, NC 27601
Creditor's mailing address

**Describe the lien**
second mtg (future advance)

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $3,773,637.09

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Halpern Rodriguez LLP<br>355 Alhambra Cir., Ste 1101<br>Miami, FL 33134 | Line  2.1 | |
| Halpern Rodriguez LLP<br>355 Alhambra Cir., Ste 1101<br>Miami, FL 33134 | Line  2.2 | |

| Debtor | Big Ben 33166, LLC, a New Mexico Limited Liability Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

Halpern Rodriguez LLP
355 Alhambra Cir., Ste 1101
Miami, FL 33134

Line  2.3

CA01

**Fill in this information to identify the case:**

Debtor name: Big Ben 33166, LLC, a New Mexico Limited Liability Company

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**       *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | 4636 Falcon LLC, a Fl LLC | 4636 NW 74th Avenue<br>Miami, FL 33166 | First Citizens Bank | ■ D  2.3<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | 4636 Falcon LLC, a Fl LLC | 4636 NW 74th Avenue<br>Miami, FL 33166 | First Citizens Bank | ■ D  2.1<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | 4636 Falcon LLC, a Fl LLC | 4636 NW 74th Avenue<br>Miami, FL 33166 | First Citizens Bank | ■ D  2.2<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | Jose A. Maldonado | guarantor | First Citizens Bank | ■ D  2.2<br>☐ E/F ____<br>☐ G ____ |
| 2.5 | Jose S. Rivero | guarantor | First Citizens Bank | ■ D  2.2<br>☐ E/F ____<br>☐ G ____ |

| Debtor | Big Ben 33166, LLC, a New Mexico Limited Liability Company | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Vioss Camara Production, LLC. a Fl LLC | 4636 NW 74 AVE Unit 1 Miami, FL 33166 | First Citizens Bank | ■ D  2.2 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.7 | Vioss Camara Production, LLC. a Fl LLC | 4636 NW 74 AVE Unit 1 Miami, FL 33166 | First Citizens Bank | ■ D  2.3 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.8 | Vioss Electronics Inc., a Fl corp | 4636 NW 74 AVE - UNIT 1 Miami, FL 33166 | First Citizens Bank | ■ D  2.2 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.9 | Vioss Electronics Inc., a Fl corp | 4636 NW 74 AVE - UNIT 1 Miami, FL 33166 | First Citizens Bank | ■ D  2.3 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.10 | Voss Vision Inc., a Fl corp | 4636 NW 74 AVE Miami, FL 33166 | First Citizens Bank | ■ D  2.2 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.11 | Voss Vision Inc., a Fl corp | 4636 NW 74 AVE Miami, FL 33166 | First Citizens Bank | ■ D  2.3 <br> ☐ E/F _____ <br> ☐ G _____ |

```
First Citizens Bank
239 Fayetteville St
Raleigh, NC 27601


Halpern Rodriguez LLP
355 Alhambra Cir., Ste 1101
Miami, FL 33134
```